UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                          2:09-cr-64-FtM-29SPC

JAMES DERISMA
_____

**OPINION AND ORDER**

On February 18, 2012, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #251) to the Court recommending that Defendant's Motion to Suppress and Exclude Statements of Defendant (Doc. #216) be granted. No objections have been filed, and the time to file such objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). See also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of

Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge.  Accordingly, the Court will adopt the Report and Recommendation and will grant the motion to suppress.

Accordingly, it is now

**ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. #251) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2.  Defendant's Motion to Suppress and Exclude Statements of Defendant (Doc. #216) is **GRANTED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ day of March, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Magistrate Judge
Counsel of Record
DCCD